UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QUASHAWN SHERIDAN,<br>Plaintiff,<br>v.<br>FEDERAL BUREAU OF INVESTIGATIONS, et al.,<br>Defendants. | Case No. 3:26-cv-00407-ART-CLB<br>ORDER ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE<br>(ECF Nos. 1-1, 3, 4.) |

Currently pending before the Court are Plaintiff Quashawn Sheridan's application to proceed in forma pauperis, (ECF No. 1), and his pro se civil rights complaint. (ECF No. 1-1.) Magistrate Judge Carla Baldwin issued a report and recommendation ("R&R") recommending that Plaintiff's application to proceed in forma pauperis be granted, but that his complaint be dismissed with leave to amend. (ECF No. 3.) Plaintiff did not object.

Under the Federal Magistrates Act, a Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Judge Baldwin concluded that Plaintiff's IFP application revealed that he was unable to pay the filing fee. Judge Baldwin also recommended that Plaintiff's complaint be dismissed without leave to amend, since the thrust of his complaint

is that he received an illegal sentence in state court, and under *Heck v. Humphrey*, when "a judgment in favor of the plaintiff would necessarily imply the invalidity of his conviction or sentence," "the complaint must be dismissed unless the plaintiff can demonstrate that the conviction or sentence has already been invalidated." 512 U.S. 477, 487 (1994). The deadline for Plaintiff to object passed on July 27, 2026. Plaintiff has not objected. The Court therefore adopts Judge Baldwin's R&R in full without review.

**Conclusion**

IT IS THEREFORE ORDERED that Judge Baldwin's report and recommendation is ADOPTED. (ECF No. 3.)

IT IS FURTHER ORDERED that Plaintiff's application to proceed in forma pauperis is GRANTED. (ECF No. 1.)

IT IS FURTHER ORDERED that Plaintiff's complaint shall be filed (ECF No. 1-1), but that no summons shall be issued at this time.

IT IS FURTHER ORDERED that the complaint is DISMISSED WITHOUT LEAVE TO AMEND.

The Clerk of Court is kindly directed to ENTER JUDGMENT accordingly and CLOSE this case.

DATED: August 18, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE